UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-039

No. 23-8021

DUANE E. NORMAN, SR., On behalf of himself and all others similarly situated

v.

TRANS UNION LLC,
Petitioner

(E.D. Pa. No. 2-18-cv-05225)

Present: SHWARTZ, CHUNG and SMITH, Circuit Judges

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioner Trans Union LLC;

2. Clerk's listing for possible dismissal due to jurisdictional defect;

3. Response by Petitioner Trans Union LLC to clerk order advising of possible dismissal;

4. Response by Respondent Duane E. Norman, Sr. to clerk order advising of possible dismissal;

5. Supplemental Response by Petitioner Trans Union LLC;

6. Supplemental Response by Respondent Duane E. Norman, Sr..

Respectfully,
Clerk/lmr/tmm

_____ORDER_____

The foregoing petition is hereby denied as untimely. See Wolff v. Aetna Life Ins. Co., 77 F.4th 164 (3d Cir. 2023).

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: January 10, 2024
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk